# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In the Matter of the Search of ) | **ORDER** |
| Information Associated with the ) | |
| Cellular Telephone Assigned Call ) | Case No. 1:20-mj-446 |
| Number (469) 492-5672 ) | |

On December 3, 2020, the United States filed an Application for 90 Day Extension of Delayed Subscriber Notice. It avers that is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result as defined in 18 U.S.C. § 2705.

Having reviewed the application, the court finds good cause exists for the authorization of an extended delayed notice. Providing immediate notice to the subscriber or user of the Target Cell Phone would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. See 18 U.S.C. Section 3103a(b).

Accordingly, the court **GRANTS** the United States' application (Doc. No. 3) and pursuant to 18 U.S.C. § 3103a(c), **ORDERS** that subscribers and customers of the phone number and account(s) listed in the search warrant shall not be notified of the existence of the search warrant until March 18, 2021, or an additional 90 days after the expiration of the previously authorized delayed notice.

Dated this 15th day of December, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court